# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NEC HOLDINGS CORP.,<br>　　　　　Debtor.<br><br>Tax I.D. No. 51-0356395 | Case No. 10-11890<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE CORPORATION,<br>　　　　　Debtor.<br><br>Tax I.D. No. 11-1725935 | Case No. 10-11891<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE – WH LLC,<br>　　　　　Debtor.<br><br>Tax I.D. No. 11-3569721 | Case No. 10-11892<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE – AECO LLC,<br>　　　　　Debtor.<br><br>Tax I.D. No. 20-4569071 | Case No. 10-11893<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE – CITY OF INDUSTRY LLC,<br>　　　　　Debtor.<br><br>Tax I.D. No. 11-3569710 | Case No. 10-11894<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE – CORSICANA LLC,<br>　　　　　Debtor.<br>Tax I.D. No. 11-3569716 | Case No. 10-11895<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br>NATIONAL ENVELOPE – AURORA LLC,<br>    Debtor.<br><br>Tax I.D. No. 11-3569712 | Case No. 10-11896<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE – APPLETON LLC,<br>    Debtor.<br><br>Tax I.D. No. 11-3569719 | Case No. 10-11897<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE – SCOTTDALE LLC,<br>    Debtor.<br><br>Tax I.D. No. 11-3569711 | Case No. 10-11898<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE – CHINO LLC,<br>    Debtor.<br><br>Tax I.D. No. 05-0549266 | Case No. 10-11899<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE – ENNIS LLC,<br>    Debtor.<br><br>Tax I.D. No. 26-1263868 | Case No. 10-11900<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE – GRAND PRAIRIE LLC,<br>    Debtor.<br><br>Tax I.D. No. 05-0549258 | Case No. 10-11901<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br>NATIONAL ENVELOPE – LENEXA LLC,<br>　　　　Debtor.<br><br>Tax I.D. No. 05-0549256 | Case No. 10-11902<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE – ELK GROVE VILLAGE LLC,<br>　　　　Debtor.<br><br>Tax I.D. No. 05-0549262 | Case No. 10-11903<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE CORPORATION - EAST,<br>　　　　Debtor.<br><br>Tax I.D. No. 11-2266888 | Case No. 10-11904<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE – SPECIALTIES GROUP LLC,<br>　　　　Debtor.<br><br>Tax I.D. No. 20-4569156 | Case No. 10-11905<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE - HOUSTON, LLC,<br>　　　　Debtor.<br><br>Tax I.D. No. 20-4569210 | Case No. 10-11906<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE – SHELBYVILLE EQUITY LLC,<br>　　　　Debtor.<br><br>Tax I.D. No. 20-4569255 | Case No. 10-11907<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br><br>NATIONAL ENVELOPE – EXTON EQUITY LLC,<br>        Debtor.<br><br>Tax I.D. No. 20-4569354 | Case No. 10-11908<br><br>Chapter 11 |
| In re:<br><br>NATIONAL ENVELOPE – NASHVILLE EQUITY LLC,<br>        Debtor.<br><br>Tax I.D. No. 20-4569410 | Case No. 10-11909<br><br>Chapter 11 |
| In re:<br><br>NATIONAL ENVELOPE – HOUSTON EQUITY LLC,<br>        Debtor.<br><br>Tax I.D. No. 20-4569488 | Case No. 10-11910<br><br>Chapter 11 |
| In re:<br><br>NATIONAL ENVELOPE – LEASING LLC,<br>        Debtor.<br><br>Tax I.D. No. 20-4569542 | Case No. 10-11911<br><br>Chapter 11 |
| In re:<br><br>NEW YORK ENVELOPE CORPORATION,<br>        Debtor.<br><br>Tax I.D. No. 11-2513186 | Case No. 10-11912<br><br>Chapter 11 |
| In re:<br><br>NATIONAL ENVELOPE CORPORATION - NORTH,<br>        Debtor.<br><br>Tax I.D. No. 06-1511548 | Case No. 10-11913<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br>NATIONAL ENVELOPE CORPORATION - SOUTH,<br>               Debtor.<br><br>Tax I.D. No. 58-2385404 | Case No. 10-11914<br><br>Chapter 11 |
| In re:<br>NATIONAL ENVELOPE CORPORATION - CENTRAL,<br>               Debtor.<br><br>Tax I.D. No. 36-4218259 | Case No. 10-11915<br><br>Chapter 11 |
| In re:<br>OLD COLONY ENVELOPE CORP.,<br>               Debtor.<br><br>Tax I.D. No. 41-1944416 | Case No. 10-11916<br><br>Chapter 11 |
| In re:<br>ARISTOCRAT ENVELOPE CORPORATION,<br>               Debtor.<br><br>Tax I.D. No. 74-3039284 | Case No. 10-11917<br><br>Chapter 11<br><br>**Docket Ref. No. 4** |

**ORDER DIRECTING JOINT ADMINISTRATION OF**
**DEBTORS' RELATED CHAPTER 11 CASES**

("Joint Administration Order")

Upon consideration of the motion (the "**Motion**")[1] of the Debtors for entry of an order authorizing the procedural consolidation and joint administration of these Chapter 11 Cases; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

YCST01:9767254.2　　　　　069504.1001

pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given, with no objections or requests for hearing having been filed, or all objections having been overruled, as the case may be; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' Chapter 11 Cases.

4. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEC HOLDINGS CORP., *et al.*,[1] | Case No. 10-11890 (PJW) |
| Debtors. | Jointly Administered |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope – Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope – Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope –

YCST01:9767254.2

6

069504.1001

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than NEC Holdings Corp. to reflect the joint administration of these Chapter 11 Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of these Chapter 11 Cases of NEC Holdings Corp.. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 10-11890.

6. The foregoing caption shall satisfy the requirements of Bankruptcy Code § 342(c)(1).

7. One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 11, 2010
Wilmington, Delaware

_____
Peter J. Walsh
United States Bankruptcy Judge

---

Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.